UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COOPER, | No.  2:14-cv-0453 AC P |
| Plaintiff, | |
| v. | ORDER |
| K. JONES, | |
| Defendant. | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not filed a properly completed application to proceed in forma pauperis or paid the required filing fee of $350.00.  See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to submit a properly completed application to proceed in forma pauperis or to pay the filing fee in full.

      Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by **a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action**.  The certified copy of his trust account that plaintiff includes is significantly outdated and covers only the period from February to September of 2011.

      In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00

1

filing fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: February 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE