UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>K. JONES,<br><br>    Defendant. | No. 2:14-cv-0453 KJM AC P<br><br><br>ORDER |

On March 14, 2016, defendant filed a motion to stay this action pursuant to the "Colorado River doctrine," see ECF No. 34, as set forth in the Supreme Court's decision in Colorado River Water Conservation District v. United States, 424 U.S. 800, 818 (1976), and discussed in the court's findings and recommendations filed December 17, 2015, see ECF No. 25 at 11-3.

Plaintiff is directed to file and serve a response to defendant's motion within 21 days after service of this order. Defendant may file and serve a reply within 7 days after service of plaintiff's response.

SO ORDERED.

DATED: April 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE