UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COOPER, | No. 2:14-cv-0453 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| K. JONES, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(B); E.D. Cal. L.R. 302. On March 13, 2017, the court adopted the Magistrate Judge's recommendation to stay the action pending final resolution of plaintiff's related state court case, Sacramento County Superior Court Case No. 34-2011-00111910. Order, ECF No. 39 (adopting Findings and Recommendations, ECF No. 38). Plaintiff was ordered to notify the court when the state court proceedings concluded and to file a statement addressing whether this federal action should proceed or be dismissed. ECF No. 39 at 2. Defendant was ordered to respond to plaintiff's filing within 21 days. *Id.*

On April 26, 2017, plaintiff notified the court that the state court case had concluded and simultaneously moved to lift the stay of this federal case. ECF No. 40. Defendant filed no opposition and the time to do so has lapsed.

1

Accordingly, the court GRANTS as unopposed plaintiff's motion and lifts the STAY of this case. The case is referred back to the assigned magistrate judge for further proceedings consistent with the local rules.

IT IS SO ORDERED.

This resolves ECF No. 40.

DATED: August 9, 2017

_____
UNITED STATES DISTRICT JUDGE