UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>K. JONES,<br><br>    Defendant. | No. 2:14-cv-0453 KJM AC P<br><br>ORDER |

On August 9, 2017, the district judge filed an order lifting the stay in this action that had been granted pending resolution of plaintiff's related state court action. See ECF No. 41.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, plaintiff shall file and serve a statement, supported by appropriate legal authority, that sets forth the alleged grounds upon which this federal action may proceed.

2. Within twenty-one (21) days after service of plaintiff's statement, defendant shall file and serve a supported responsive statement and/or motion.

////

////

////

////

3. Within fourteen (14) days after service of defendant's responsive statement, plaintiff may file and serve a reply.

SO ORDERED.

DATED: August 10, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE